AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Byron Rivers </br> *Petitioner* </br> v. </br> Sheriff Al Cannon Detention Center </br> *Respondent* | ) </br> ) </br> ) Civil Action No. 4:17-cv-2310-DCN </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The petition is **DISMISSED** without prejudice and without requiring respondent to file a return. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date: October 13, 2017                                          *CLERK OF COURT*

                                                                s/Debbie Stokes
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*